# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1173**                                    **September Term, 2024**

**TRAN-87FR52224**
**TRAN-88FR24708**

**Filed On: December 18, 2024** [2090120]

Interstate Natural Gas Association of
America,

       Petitioner

    v.

Pipeline and Hazardous Materials Safety
Administration and United States Department
of Transportation,

       Respondents

## M A N D A T E

    In accordance with the order of December 10, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:   /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the order filed December 10, 2024